IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN McELROY,

     Plaintiff,          No. 2:11-cv-2537 KJN P

    vs.

ASAD, et al.,

     Defendants.       ORDER

_____/

       Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 31, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcel2537.fta

1